IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02481-PAB

MABEL REGLA MARIN VALERA,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility owned and operated by GEO Group, Inc.,
GEORGE VALDEZ, in his official capacity as Field Office Director, Denver, U.S. Immigration & Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,
DAVID VENTURELLA, in his official capacity as Acting Director of Immigration & Customs Enforcement (ICE), and
TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 15] of Judge Philip A. Brimmer entered on June 26, 2026, it is

**ORDERED** that petitioner Mabel Regal Marin Valera's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **GRANTED**. It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 29th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: s/ M. Smotts
      Deputy Clerk